FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 MAR -3 PM 2:11
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

NEPTUNE EQUITIES, INC.,

    Plaintiff,

v.

BEARDEN OIL CO., INC.; FERN BEARDEN; and L. WENDELL BEARDEN;

    Defendants.

CASE NO. CV304-020

## ORDER

Before the Court is Plaintiff's Motion for Satisfaction and Release of Writ of Execution. (Doc. 137.) On July 7, 2008, the Clerk of Court issued a Writ of Execution (id. at 3) following a judgment in Plaintiff's favor (Doc. 113). Pursuant to Fed. R. Civ. Pro. 60(b)(5), the Court may relieve a party from a final judgment once it has been "satisfied, released or discharged." Id. On March 5, 2013, the underlying judgment in this matter was fully satisfied by Defendants. (Doc. 137 at 2.) Accordingly, Plaintiff's Motion is **GRANTED** and Defendants are hereby **RELEASED** from the Writ of Execution.

SO ORDERED this **3RD** day of March 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA